UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. 2:17-cv-0005 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

On January 10, 2017, plaintiff was granted thirty days' leave to file a complaint in this action, and to submit either the filing fee or an application to proceed in forma pauperis. Plaintiff was advised that failure to do so would result in dismissal of this action. The thirty day period has passed, and plaintiff has neither filed a complaint nor submitted the application or fee. Plaintiff has consented to magistrate judge jurisdiction to conduct all proceedings in this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: February 16, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / turn0005.fifp_order

1